No. 11–864. COMCAST CORP. ET AL. *v.* BEHREND ET AL. C. A. 3d Cir. [Certiorari granted, 567 U. S. 933.] Motion of petitioners to file volumes four and five of the joint appendix under seal granted.

No. 11–1485. YOUNG, PERSONAL REPRESENTATIVE OF THE ESTATE OF YOUNG *v.* FITZPATRICK ET AL. Ct. App. Wash.;

No. 12–9. ARZOUMANIAN ET AL. *v.* MUNCHENER RUCKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT AG. C. A. 9th Cir.;

No. 12–79. CHADBOURNE & PARKE LLP *v.* TROICE ET AL. C. A. 5th Cir.;

No. 12–86. WILLIS OF COLORADO INC. ET AL. *v.* TROICE ET AL. C. A. 5th Cir.; and

No. 12–88. PROSKAUER ROSE LLP *v.* TROICE ET AL. C. A. 5th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 11–8932. IN RE RICHARDS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 961] denied.

No. 11–9137. JOHNSON *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 11th Cir.;

No. 11–9999. REARDON *v.* REARDON ET AL. C. A. 3d Cir.;

No. 11–10017. IN RE FIELDS ET AL.;

No. 11–10201. LYNN *v.* LYNN. Ct. App. Cal., 2d App. Dist.;

No. 11–10220. BAILEY ET UX. *v.* SUHAR. C. A. 6th Cir.;

No. 11–10314. SIEGEL *v.* FOX & SPILLANE, LLP, ET AL. Ct. App. Cal., 2d App. Dist.;

No. 11–10404. HARRINGTON *v.* GIBSON. App. Ct. Mass.;

No. 11–10573. PAUL *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir.;

No. 11–10604. NESTOR *v.* UNITED STATES. C. A. 3d Cir.;

No. 11–10628. DANIEL *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.;

No. 11–10715. KÉRNS *v.* BOARD OF COMMISSIONERS OF BERNALILLO COUNTY, NEW MEXICO, ET AL. C. A. 10th Cir.;

No. 11–10831. IN RE PARKER;

No. 11–10848. IORIO *v.* UNITED STATES. C. A. 2d Cir.;

No. 11–10899. JACKSON *v.* BOOKER ET AL. C. A. 3d Cir.;

No. 11–10975. GRIFFIN *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir.;

No. 11–11079. LINEAR v. VICKERSON ET AL. Ct. App. Mich.;

No. 11–11084. TORMENIA v. CONTURSI ET AL. Dist. Ct. App. Fla., 2d Dist.;

No. 12–5003. PAUL v. AMERICOLD LOGISTICS, LLC. C. A. 11th Cir.;

No. 12–5027. O'BAY v. UNITED STATES. C. A. 9th Cir.;

No. 12–5033. KELLEY v. UNITED STATES. C. A. 11th Cir.;

No. 12–5036. KELLEY v. UNITED STATES. C. A. 11th Cir.;

No. 12–5139. PEARSON v. DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir.;

No. 12–5140. MONTGOMERY v. CALIFORNIA WORKER'S COMPENSATION APPEALS BOARD. C. A. 9th Cir.;

No. 12–5247. SANDERS v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir.;

No. 12–5263. MARLOWE v. FABIAN ET AL. C. A. 8th Cir.;

No. 12–5333. CLAY v. UNITED STATES. C. A. 11th Cir.;

No. 12–5341. CLEMENTS v. ALABAMA STATE BAR. Sup. Ct. Ala.;

No. 12–5375. CORNICK v. BYONG YU. C. A. 9th Cir.;

No. 12–5388. SANGSTER v. SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT. Ct. App. Cal., 4th App. Dist., Div. 2;

No. 12–5412. HARRIS v. QCA HEALTH PLAN, INC. C. A. 8th Cir.;

No. 12–5443. HANSON ET UX. v. CHANG, JUDGE, FIRST CIRCUIT COURT OF HAWAII, ET AL. Sup. Ct. Haw.;

No. 12–5453. IN RE PRICE;

No. 12–5473. IN RE HANSON ET UX.;

No. 12–5689. GLADDEN v. BRYSON, SECRETARY OF COMMERCE. C. A. 4th Cir.;

No. 12–5690. GLADDEN v. VILSACK, SECRETARY OF AGRICULTURE. C. A. 3d Cir.;

No. 12–5708. CELIO v. UNITED STATES. C. A. 10th Cir.; and

No. 12–5817. COOPER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 22, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–9307. HENDERSON v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 567 U. S. 934.] Motion of petitioner for ap-